UNITED STATES of America,
Plaintiff–Appellee,

v.

Antonio Merlin HARMON, a/k/a
Tony, Defendant–Appellant.

No. 12–6473.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 6, 2012.

Antonio Harmon, Appellant Pro Se. Stacey Denis Haynes, Robert Claude Jendron, Jr., Mark C. Moore, Tommie DeWayne Pearson, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Merlin Harmon appeals the district court's orders denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006) and denying his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Harmon,* No. 3:09–cr–00825–CMC (D.S.C. Dec. 15, 2011 & Feb. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*